IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROBERT S. DIETRICH,                )
                                   )
            Petitioner,            )
                                   )
    v.                             )   Civil No. 01-498-TC
                                   )
S.W. CZERNIAK,                     )   ORDER
                                   )
            Respondent.            )
_____)

Magistrate Judge Thomas M. Coffin filed Findings and
Recommendation on September 10, 2007, in the above entitled
case. The matter is now before me pursuant to 28 U.S.C. §
636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party
objects to any portion of a magistrate judge's Findings and
Recommendation, the district court must make a _de novo_
determination of that portion of the magistrate judge's report.
See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore
Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981),
cert. denied, 455 U.S. 920 (1982).

1    - ORDER

Petitioner's has timely filed objections. I have, therefore, given de novo review of Magistrate Judge Coffin's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Coffin's Findings and Recommendation filed September 10, 2007, in its entirety. The amended petition for a writ of habeas corpus (#20) is denied and the clerk of court is directed to enter judgment dismissing this action.

IT IS SO ORDERED.

DATED this ____17th____ day of ____Oct._____, 2007.

_____
UNITED STATES DISTRICT JUDGE